UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

RORY JACKSON, STEVEN DIGSBY, NICODEMUS MILLER, BRANDELL CHARLESTON, NICOLE BELL, and RONALD WALKER,

                      Defendants.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The arraignment of Defendants Jackson, Digsby, Miller, Charleston, and Walker will take place by telephone on **March 12, 2021 at 3:00 p.m.**

      The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the arraignment by dialing the same number and using the same access code.  The parties should call in at the scheduled time and wait on the line for the case to be called.  At that time, the Court will un-mute the parties' lines.  **By Tuesday, March 9, 2021,** the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
       March 5, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge