UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

RORY JACKSON, STEVEN DIGSBY, NICODEMUS MILLER, BRANDELL CHARLESTON, NICOLE BELL, and RONALD WALKER,

Defendants.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a pretrial conference in this matter on **June 23, 2021, at 3:00 p.m.** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 12, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge