**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 14, 2021

*Via ECF*
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jackson et al.,* 21 CR 145 (PGG)

Dear Judge Gardephe:

With the consent of all of the parties, I write to request an adjournment of about 30 days of the next pre-trial conference, currently scheduled for June 23, 2021. The adjournment is needed so that defense counsel can continue to review the discovery, including a production dated today. To accommodate this request, the parties consent to the exclusion of time for Speedy Trial calculation purposes.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

cc:    all parties (via ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: June 16, 2021