```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

    - against -

RORY JACKSON, STEVEN DIGSBY,
NICODEMUS MILLER, BRANDELL
CHARLESTON, NICOLE BELL, and
RONALD WALKER,

              Defendants.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The telephonic conference scheduled for September 23, 2021 is adjourned to **November 4, 2021 at 2:00 p.m.**[1]

      Upon the application of the United States of America, by and through Assistant United States Attorney Kevin Mead, and with the consent of Defendants Jackson, Bell, and Charleston, by and through their respective counsel, it is further ordered that the time from September 20, 2021 through November 4, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.[2] The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendants in a speedy trial, because

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Seven days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line

[2] The Government did not seek the consent of Defendants Digsby, Miller, and Walker, as those three defendants have already pleaded guilty. (See Sept. 19, 2021 Gov't Ltr. (Dkt. No. 64) at 1 n.1)

it will permit defense counsel additional time to review discovery material provided by the Government and to discuss a pre-trial resolution.

Dated: New York, New York
      September 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge