UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RORY JACKSON,

              Defendant.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a change of plea hearing for Defendant Rory Jackson on **November 15, 2021 at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 3, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge