UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RORY JACKSON, STEVEN DIGSBY, NICODEMUS MILLER, BRANDELL CHARLESTON, NICOLE BELL, and RONALD WALKER,

Defendants.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The telephonic status conference scheduled for December 6, 2021 is adjourned sine die.

A change-of-plea hearing for Defendant Nicole Bell will take place **December 15, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending letter motion at Dkt. No. 96.

Dated: New York, New York
       December 3, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge