UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RORY JACKSON,

                Defendant.

**ORDER**

21 Cr. 145 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of Defendant Rory Jackson will take place on **March 18, 2022 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Any sentencing submissions on behalf of the Defendant are due by **February 25, 2022**. The Government's sentencing submission is due by **March 4, 2022.**

Dated: New York, New York
       December 21, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge